# UNITED STATES DISTRICT COURT

for the

Middle District of Georgia

| | | |
|---|---|---|
| Tony C. Mathis | **Repayment Agreement and Order** | No: 7:19-CR-00019-001 |

On December 16, 2020, Tony C. Mathis was sentenced to 50 months imprisonment followed by a 36 month term of supervised release.

After a review of his financial status, the following repayment agreement has been reached with Mr. Mathis. Please acknowledge your approval or disapproval of the proposed payment plan and sign below.

**FINE/RESTITUTION/SPECIAL ASSESSMENT REPAYMENT AGREEMENT:**

1. As a result of the judgment entered against me on December 16, 2020, I have been ordered to pay a total restitution of $18,371.12 and a special assessment of $100.00.

2. On January 9, 2023, I began my service of 36 months of supervised release. The mandatory assessment was satisfied on August 9, 2021. The current balance of my restitution is $3,621.92.

3. After reviewing my current income and my necessary monthly expenditures, the proposed repayment schedule has been agreed upon by all parties. Beginning on the 1st day of May, 2023, I will tender to the United States a certified check or money order, payable to the Clerk, U.S. District Court, in the amount of not less than $50.00 per month during the term of supervision.

_____   6-13-2023
Tony C. Mathis                    Date

_____   6/13/2023
William V. Lee, U.S. Probation Officer   Date

W. Taylor McNeill                 06/28/23
Assistant U.S. Attorney           Date

---

**THE COURT ORDERS:**

☒ Approval   ☐ Disapproval

s/Hugh Lawson
Hugh Lawson
Senior U.S. District Judge

6/29/2023
Date